# REQUEST FOR WARRANT UPON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned an Indictment on September 21, 2017, against CLIFTON TERRELL CANNON charging the following:

21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance Resulting in Serious Bodily Injury
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Distribution of a Controlled Substance Resulting in Serious Bodily Injury
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Distribution of a Controlled Substance
18 U.S.C. § 2 – Aiding and Abetting

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

[X]  The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services

[ ]  The United States recommends that:

   [ ]  bail be set at     $ _____

   [ ]  defendant be detained without bail.

COMMENTS:

Dated this 21st of September, 2017.

CHRISTOPHER C. MYERS
United States Attorney